IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:18-cv-01547-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

STEPHEN T. BROWN, Sr.,

    Defendant.

## JOINT MOTION TO VACATE
## DISPOSITIVE MOTIONS DEADLINE

The United States and Defendant Stephen T. Brown Sr. jointly move for an Order vacating the dispositive motions deadline, currently set for July 6, 2022, and directing the parties to file a joint status report within 60 days. As explained below, the parties have been engaged in settlement discussions. The relief sought would allow the parties to continue these discussions and focus on resolving this matter efficiently, without expending judicial time and resources.

In support of this motion, the parties state as follows:

1. On June 25, 2020, December 22, 2020, June 23, 2021, and November 15, 2021, the Court granted the parties' joint motions to extend the discovery period and dispositive motions deadline. *See* Dkts. 23, 25, 27, 30. The parties had sought these extensions primarily because of pandemic restrictions that had hampered their ability to depose key witnesses overseas. Following the close of discovery, on May 2, 2022, the Court granted the parties' joint motion to continue the dispositive motions deadline to allow them to engage in settlement discussions. The dispositive motions deadline is currently set for July 6, 2022. Dkt. No. 32.

2. The parties have been actively engaged in settlement discussions. However, in light of the complexity of the matter, the voluminous records, and the dollar amounts at issue,

these negotiations are still ongoing. In addition, any potential settlement must go through the Department of Justice's approval process, which, given the amounts at issue, could take longer than usual.

3. In order to focus their efforts on resolving this matter, before incurring the time and expense associated with filing or responding to a dispositive motion, the parties request that the Court vacate the dispositive motions deadline currently set for July 6, 2022. In addition, the parties propose to submit a joint status report no later than 60 days after the Court enters an Order, advising the Court on the status of their settlement negotiations. The relief sought would conserve the parties' and the Court's time and resources in the event the parties are able to reach an agreed resolution.

4. This request is not meant for delay, but rather to allow the parties to devote their resources towards potentially resolving this matter in an efficient manner.

WHEREFORE, the United States and Mr. Brown respectfully request that the Court vacate the dispositive motions deadline and direct the parties to submit a joint status report within 60 days.

Respectfully submitted, June 13, 2022.

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Rika Valdman*
CHARLES J. BUTLER
RIKA VALDMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6062 (Butler)
202-514-6056 (Valdman)
202-307-0054 (Fax)
Charles.j.butler@usdoj.gov
Rika.valdman@usdoj.gov
*Attorneys for the United States of America*

*/s/ Brian F. Huebsch*
BRIAN F. HUEBSCH
STEVEN R. ANDERSON
Anderson & Jahde, P.C.
5800 South Nevada Street
Littleton, CO 80120
303-782-0038
Brian@andersonjahde.com
steven@andersonjahde.com

*Attorneys for Stephen Brown, Margie Brown, and Stephen Brown, Jr.*